No. 147. EMETERIO ALVAREZ, POTENCIA MARIANO ET AL., PLAINTIFFS IN ERROR, *v.* SEVERINA LERMA MARTINEZ DE ALMEDA. In error to the Supreme Court of the Philippine Islands. April 8, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. John M. Thurston* for plaintiffs in error. *Mr. Marion Butler, Mr. Josiah M. Vale* and *Mr. Lionel D. Hargis* for defendant in error.

---

No. 160. HUACHUCA WATER COMPANY, APPELLANT, *v.* THE CITY OF TOMBSTONE. Appeal from the Supreme Court of the Territory of Arizona. April 14, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. Allen R. English* for appellant. *Mr. H. L. Pickett* for appellee.

---

No. 186. THE LOUISVILLE & SOUTHERN INDIANA TRACTION COMPANY, PLAINTIFF IN ERROR, *v.* ZACH T. LEAF. In error to the Supreme Court of the State of Indiana. April 22, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. Merrill Moores* for plaintiff in error. *Mr. George E. Sullivan* and *Mr. Horace L. B. Atkisson* for defendant in error.